IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN - 3 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:12-CR-190-L |
| | ) | |
| JUAN LUIS VILLA HERNANDEZ (04) | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Juan Luis Villa Hernandez, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d
261 (5ᵗʰ Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal
Procedure, and entered a plea of guilty to Count(s) 1 of the Indictment on January 3, 2013. After
cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule
11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)
charged is supported by an independent basis in fact containing each of the essential elements of
such offense. I therefore recommend that the plea of guilty be accepted, and that Defendant be
adjudged guilty and have sentence imposed accordingly.

Date:  January ___3___, 2013.

UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).